# PD-0651-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

Joseph Michael Pierce,

        Appellant/Petitioner;

vs.

The State of Texas,

        Appellee/Respondent.

No. _____

Appellant's Motion Requesting
Leave to File an Original Copy
Only of the Petition for
Discretionary Review and to
Suspend Other Procedural Defects

FILED IN
COURT OF CRIMINAL APPEALS

JUL 30 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

COMES NOW, Joseph Michael Pierce, by and through himself, pro se, in the above-numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy only of the Petition for Discretionary Review and to suspend any other procedural defect and in support thereof would show the Court the following:

1.  The style and appeal number in the Tyler Court of Appeals is: <u>Joseph Michael Pierce v. The State of Texas</u>, No. 12-14-00073-CR.

2.  The Appellant moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend Rule 9.3(b), Texas Rules of Appellant Procedure, that requires the filing of eleven (11) copies of the Petition for Discretionary Review with the Court.

3.  The Appellant moves that, pursuant to Rule 2, Texas Rules of Appellate Procedure, this Court suspend any defect found in the pleadings or filings of the Petition for Discretionary Review that would violate any rule of the Texas Rules of Appellate Procedure.

4.  The facts relief upon to show good cause for this request are, as follows: Appellant is indigent and incarcerated and does not have access to a photo copier. Appellant is presently not represented by counsel and is filing a Petition for Discretionary Review pro se.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that this Honorable Court GRANT leave to file an original copy only of the Petition for

---

Discretionary Review with the Court and to suspend any procedural defect that may be found in the pleadings or filings. In the alternative, Appellant asks the Court that the petition or any other filing be returned to Appellant so that he may be able to correct the error for the Court.

Respectfully submitted,

*Joseph Michael Pierce*

Joseph Michael Pierce
#01919200
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

## CERTIFICATE OF SERVICE

I, Joseph Michael Pierce, certify that a true and correct copy of the foregoing motion has been mailed, U.S. Mail, postage prepaid, to the Smith County Criminal District Attorney's Office, 100 North Broadway, 4th Floor, Tyler, Texas 75702, and to the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711, on this the 24th day of July, 2015.

*Joseph Michael Pierce*

Joseph Michael Pierce

## VERIFICATION OR INMATE DECLARATION

I, Joseph Michael Pierce, TDCJ-CID #01919200, DOB 08-09-1978, being presently incarcerated in the Stiles Unit of the Texas Department of Criminal Justice, Institutional Division, Beaumont, Jefferson County, Texas, declare (certify, verify, or state) under penalty of perjury that I have read the above and foregoing motion, that the facts contained herein are true and correct, and that this motion is made in good faith.

EXECUTED, this the 24th day of July, 2015

*Joseph Michael Pierce*

Joseph Michael Pierce